UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. 4:20-cr-0693 |
| § | |
| RAFAEL CARO QUINTERO § | |
| § | |

## MOTION TO UNSEAL

The United States of America files the following motion:

I.

The United States respectfully requests the Court to unseal the Indictment and arrest warrant in the above case.

Respectfully submitted,

JENNIFER B. LOWERY
United States Attorney

BY: ***/s Casey N. MacDonald***
Casey N. MacDonald
Assistant United States Attorney
Federal Bar No. 915752
New Jersey Bar No. 043362000
1000 Louisiana St., Suite 2300
Houston, TX 77002