UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | **Criminal No. 4:20-cr-0693** |
| § | |
| RAFAEL CARO QUINTERO § | |

## ORDER TO UNSEAL

The Court, having considered the Government's Motion to Unseal the Criminal Indictment and Arrest Warrant,

ORDERS that the Criminal Indictment and Arrest Warrant be unsealed by the U.S. District Clerk.

Signed on this the  18th   day July 2022, at Houston, Texas.

_____
Dena Hanovice Palermo
United States Magistrate Judge